Terry PROCTOR, Appellant,

v.

Wendy KELLEY, Deputy Director, ADC; Larry D. Bowler, Dr.; Neema Suphan, Dr., Maximum Security Unit, ADC; Bernadine Williams, Specialist; Juanita Stell, Medical Specialist, ADC; Tim Mullins, Health Care Administrator, Maximum Security Unit, ADC; Shajuanna Burnett, Grievance Officer, Maximum Security Unit, ADC, Appellees.

No. 10–1896.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 7, 2010.

Filed: Sept. 9, 2010.

Terry Proctor, Grady, AR, pro se.

---

1. The HONORABLE LINDA R. READE, Chief Judge, United States District Court for the

Northern District of Iowa.

Suzanne Hixson, Attorney General's Office, Little Rock, AR, Michelle Banks Odum, Humphries & Lewis, White Hall, AR, for Appellees.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Arkansas inmate Terry Proctor appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 suit, in which he claimed deliberate indifference to his medical needs and denial of access to the courts. Having carefully reviewed the record de novo, *see Franklin v. Local 2 of the Sheet Metal Workers Int'l Ass'n*, 565 F.3d 508, 520 (8th Cir.2009), we affirm on the basis of the district court's thorough opinion.

Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.

[1.] The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas.